# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME-ROBERT: MUELLER,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA-<br>CORPORATION, et al.,<br><br>          Defendants. | NO. EDCV 10-00276-DSF (MAN)<br><br>ORDER ADOPTING FINDINGS,<br><br>CONCLUSIONS, AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge.  The time for filing Objections has passed, and no Objections have been filed with the Court.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.  The Court notes that on page 18, line 21, the case number "08-938" should be "08-918."

   IT IS ORDERED that:  (1) the motion to dismiss filed on March 31, 2010, is granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; (2) the Complaint is dismissed without leave to amend; (3)

this case is dismissed with prejudice against defendants "United States of America-Corporation," "Corporation-Counsel: United States of America-Corporation," "Mark E. Johnson [Judge]," "Corporation-Counsel: Mark E. Johnson," "Mac R. Fisher [Judge]," "Corporation-Counsel: Mac R. Fisher," "Michael B. Donner [Judge]," and "Corporation-Counsel: Michael B. Donner"; (4) this case is dismissed without prejudice against all remaining defendants; and (5) Judgment shall be entered dismissing this action with prejudice and without prejudice as set forth above.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on all parties of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 12/6/10 .

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE