UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME-ROBERT: MUELLER, | ) | NO. EDCV 10-00276-DSF (MAN) |
|   Plaintiff, | ) | |
|   v. | ) | JUDGMENT |
| UNITED STATES OF AMERICA-CORPORATION, et al., | ) | |
|   Defendants. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge ("Order"),

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice and without prejudice as set forth in the Order.

DATED:  12/6/10                      .

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE